JOSEPH B. HOPKINS *vs.* INHABITANTS OF READING.

Middlesex. March 4, 1898. — March 30, 1898.

Present: ALLEN, HOLMES, KNOWLTON, & MORTON, JJ.

*Tax — Non-residents — Statute — Notice of Assessors to bring in Lists.*

The only persons to whom the notice of the assessors to bring in lists is to be given, under Pub. Sts. c. 11, § 38, are inhabitants of the Commonwealth; and under § 72, any time before filing a petition for abatement is seasonable as to non-residents.

APPEAL, under St. 1890, c. 127, from the decision of the board of assessors of the town of Reading, refusing an abatement of a portion of the tax assessed by them for the year 1896. Trial in the Superior Court, before *Richardson*, J., who found for the petitioner, and by agreement of the parties reported the case for the determination of this court. If the finding was right, judgment was to be entered thereon; otherwise, judgment was to be entered as justice might require.

*A. P. French*, for the respondent, submitted the case on a brief.

*A. H. Wellman*, for the petitioner.

HOLMES, J. The petitioner was not an inhabitant of Reading or of the State on May 1, 1896, and did not bring in a list as required by the assessors, under Pub. Sts. c. 11, § 38. Before filing his petition he did file a list with them, as required by § 72. The court did not pass upon the question whether there was good cause why the list was not brought in within the time fixed by the assessors, § 72, other than that the petitioner was a non-resident, but found for the petitioner and reported the case.

We are of opinion that, putting the case at the lowest, the judge was warranted in finding as, if necessary, we must assume

him to have done, that residence in another State was good cause why the list was not brought in earlier. But we need not stop there, as we are of opinion that such residence is sufficient cause as matter of law. The only persons to whom the notice of the assessors is to be given under § 38 are the inhabitants. It is true that § 72 requires a list from any person seeking an abatement whether resident or not. *Winnisimmet Co.* v. *Chelsea*, 6 Cush. 477. But as the only section fixing a time for doing so is § 38, which does not apply to non-residents, it follows that any time before filing a petition for abatement is seasonable for them.

*Judgment upon the finding.*